**UNITED STATES DISTRICT COURT**  
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 6/16/2010     CASE NUMBER: 10-02068M-(CRP)

USA vs. JOSE FRANCISCO CASTELO JR

U.S. MAGISTRATE JUDGE: MAGISTRATE JENNIFER C. GUERIN    Judge #: 70BR

U.S. Attorney Rui Wang for Christopher A. Brown     INTERPRETER REQ'D N/A

Attorney for Defendant Bruce Heurlin (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed  ☐ DOA _____     ☐ Warrant Other District    ☐ Financial Afdvt taken
                                    ☐ Warrant Phx Div.          ☐ No Financial Afdvt taken
                                    ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

**MATERIAL WITNESS(ES):** _____
**It is ordered that ___ is appointed as attorney for Material Witness(es).**

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
   is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends  release O/R to third-party custody   ; Gov't ☐ concurs ☒ objects

GOVERNMENT recommends  detention

☒ Court accepts recommendation by  PTS in part

Bail set at $ 5,000.00 Cash or Corporate Surety and third-party custody

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: ☒ Held ☐ Cont'd ☐ UA<br>Set for:<br>before: | **PRELIMINARY HEARING**: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☒ Denied | ☐ Probable cause found ☒ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT**    Set for                   before: ||

OTHER:  THE MAGISTRATE CASE REFERRAL IS: JUDGE PYLE. ALL FILINGS IN THIS CASE SHOULD REFLECT THE FOLLOWING CASE NUMBER: 10-02068M-(CRP).

Recorded by Courtsmart     DH: 0
BY: Sara Jones             PH: 0
Deputy Clerk